STATE OF MAINE
CUMBERLAND, ss.

STATE OF MAINE
CUMBERLAND, SS
CLERK'S OFFICE

OCT 12  10 43 AM '00

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. AP-00-031
NM-CUM-10/12/2000

MARYJANE ARNOTT,

        Plaintiff

vs.

ALAN A. ARNOTT,

        Defendant

DECISION AND ORDER

DONALD GARBRECHT
LAW LIBRARY

OCT 31 2000

The defendant Alan Arnott appeals the divorce judgment dated 3/8/00. The defendant argues that he was denied the right to obtain evidence.

The defendant contested that irreconcilable differences existed between the parties. See Interim Order dated 1/18/00 at 1; Transcript of 3/6/00 Divorce Hearing at 10. The record supports the District Court's finding of irreconcilable marital differences. See Transcript of 3/6/00 Divorce Hearing at 14-36, 87; Mattson v. Mattson, 376 A.2d 473, 476 (Me. 1977).

Neither the Case Management Officer nor the District Court erred in denying discovery requests, which the defendant's counsel admitted were extraordinary. See Transcript of 1/12/00 Hearing before Case Management Officer at 4; Interim Order at 1-2; Transcript of 3/6/00 Divorce Hearing at 45-46; M.R. Civ. P. 80(g).

The court does not consider the defendant's argument regarding the new evidence attached to his brief.

The entry is

The Defendant's Appeal is DENIED.

The Decision of the District Court is AFFIRMED.

The case is REMANDED to the District Court for consideration of a motion by Plaintiff for counsel fees on appeal.

Dated: October 10, 2000

Nancy Mills
Justice, Superior Court

CUM-AP-00-031

2

Date Filed ____4-13-00____ ____CUMBERLAND____ Docket No. __AP00-31__

County

Action ____APPEAL FROM DISTRICT COURT____

MARY JANE ARNOTT                                    ALAN A. ARNOTT

vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| Judy Berry Esq<br>28 State Street<br>Gorham, Maine 04038 | Alan Arnott<br>27 Pinecrest Avenue<br>Windham, Maine 04062 |

OCT 31 2000

Date of